**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*If known*): _____ Chapter 7____

☐ Check if this is an
amended filing

## Official Form 105

# Involuntary Petition Against an Individual          12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

### Part 2:  Identify the Debtor

2. **Debtor's full name**

   Rob
   _____
   First name

   _____
   Middle name

   Diamond
   _____
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ____ ____ ____ ____          OR          **9** xx – xx – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Debtor    Diamond Finance Co., Inc.          Case number (if known)_____

| 6. | **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|---|

**Principal residence**

Pine Hollow
_____
Number        Street

6601 Rte 25A
_____

East Norwich                    NY        11732
_____
City                              State      ZIP Code

_____
County

**Mailing address, if different from residence**

_____
Number        Street

_____

_____
City                              State      ZIP Code

**Principal place of business**

2200 Marcus Avenue
_____
Number        Street
Diamond Finance Co., Inc.
_____

New Hyde Park                    NY        11042
_____
City                              State      ZIP Code

Nassau
_____
County

---

| 7. | **Type of business** | ☐  Debtor does not operate a business |
|---|---|---|

*Check one if the debtor operates a business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

---

| 8. | **Type of debt** | **Each petitioner believes:** |
|---|---|---|

☐  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

| 9. | **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?** | |
|---|---|---|

☐  No
☑  Yes. Debtor  Diamond Finance Co., Inc.          Relationship  Affiliate

District  Eastern District of NY  Date filed  04/06/2020    Case number, if known  20-71877
                                              MM / DD / YYYY

Debtor _____          Relationship _____

District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

---

Debtor    Diamond Finance Co., Inc.

Case number (if known)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gary Moskowitz | Guaranty of Loans | $ 850,000.00 |
| Roger Schneier | Guaranty of Loans | $ 510,000.00 |
| Hewlett Trading Co. LLC | Guaranty of Loans | $ 375,000.00 |
| | Total | $ 5,412,500.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor:   Diamond Finance Co., Inc.      Case number _____

**13.  Each Petitioner's Claim**:

| NAME OF PETITIONER | NATURE OF PETITIONERS CLAIM | AMOUNT OF THE CLAIM ABOVE THE VALUE OF ANY LIEN |
|---|---|---|
| Maxx Wattenberg | Guaranty of Loans | 240,000.00 |
| Wayne Wattenberg | Guaranty of Loans | $360,000.00 |
| Richard Berman | Guaranty of Loans | $150,000.00 |
| Don Barkin | Guaranty of Loans | $220,000.00 |
| Roger Shyer | Guaranty of Loans | $75,000.00 |
| Mitchell Cooper | Guaranty of Loans | $150,000.00 |
| Harvey Stevens | Guaranty of Loans | $350,000.00 |
| Theodore Greenberg | Guaranty of Loans | $200,000.00 |
| Herbert Brooks | Guaranty of Loans | $200,000.00 |
| Joseph DiNoia | Guaranty of Loans | $312,500.00 |
| John DiNoia | Guaranty of Loans | $80,000.00 |
| David Camhi | Loans | $300,000.00 |
| Sandra Camhi | Loans | $100,000.00 |
| Steven Camhi | Loans | $640,000.00 |
|  |  |  |

Form 105           Involuntary Petition against an Individual

Debtor  Diamond Finance Co., Inc.          Case number (if known)_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

**x** _____
Signature of petitioner or representative, including representative's title

Gary Moskowitz
Printed name of petitioner

Date signed  04 / 03 / 2020
          MM / DD / YYYY

**Mailing address of petitioner**

10 Howard Drive
Number    Street

Muttown          NY    11791
City            State    ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

Name  _____

Number    Street  _____

City        State    ZIP Code

**Attorneys**

**x** _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York          NY    10019
City            State    ZIP Code

Date signed  4 / 3 / 2020
          MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Diamond Finance Co., Inc.

Debtor                                              Case number *(if known)*_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _____ | ✗ _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Roger Schneier** | **Michael S. Fox** |
| Printed name of petitioner | Printed name |
| | **Olshan Frome Wolosky LLP** |
| Date signed ___MM / DD / YYYY___ | Firm name, if any |
| | **1325 Avenue of the Americas** |
| | Number   Street |
| **Mailing address of petitioner** | **New York**          **NY**     **10019** |
| **8167 Valhalla Dr.** | City                State          ZIP Code |
| Number   Street | Date signed ___MM / DD / YYYY___ |
| **Del Ray**          **FL**     **33446** | |
| City                State          ZIP Code | Contact phone **212-451-2277**   Email **mfox@olshanlaw.com** |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City                State          ZIP Code

Debtor    Diamond Finance Co., Inc.          Case number _____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning
creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign
representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a
false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i)

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Richard Berman_ | ✗ _(signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Hewlett Trading Co. LLC | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed 04 / 03 / 2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number   Street |
| Mailing address of petitioner | New York          NY      10019 |
| 3421 Hewlett Avenue | City          State       ZIP Code |
| Number   Street | Date signed _____ |
| Merrick          NY      11566 | MM / DD / YYYY |
| City          State       ZIP Code | Contact phone 212-451-2277   Email mfox@olshanlaw.com |

If petitioner is an individual and is not represented by an
attorney:

Contact phone    _____

Email    _____

Name and mailing address of petitioner's representative, if any

Richard Berman
Name

3421 Hewlett Avenue
Number   Street

Merrick          NY      11566
City          State       ZIP Code

Debtor    Diamond Finance Co., Inc.                                      Case number (if known)_____

| Part 4: | Request for Relief |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

x *Maxx Wattenberg*
Signature of petitioner or representative, including representative's title

Maxx Wattenberg
Printed name of petitioner

Date signed    04/03/2020
                MM  /  DD  / YYYY

**Mailing address of petitioner**

225 5th Ave
Number   Street

New York                    NY      10010
City                        State        ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email            _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____

Number    Street

_____
City                  State          ZIP Code

**Attorneys**

x
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York                    NY      10019
City                        State        ZIP Code

Date signed  _____
             MM  / DD  / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Debtor   Diamond Finance Co., Inc.

Case number (if known)_____

**Part 4:   Request for Relief**

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Wayne Wattenberg_ | ✗ _signature_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Wayne Wattenberg | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed  4 / 3 / 2020 | Olshan Frome Wolosky LLP |
|  MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number   Street |
| Mailing address of petitioner | New York            NY      10019 |
| 3 Woodedge Lane | City                  State         ZIP Code |
| Number   Street | Date signed _____ |
| Brookville          NY      11545 |  MM / DD / YYYY |
| City                  State         ZIP Code | |
| | Contact phone 212-451-2277   Email mfox@olshanlaw.com |
| **If petitioner is an individual and is not represented by an attorney:** | |
| Contact phone _____ | |
| Email _____ | |
| | |
| **Name and mailing address of petitioner's representative, if any** | |
| Name _____ | |
| Number   Street _____ | |
| City        State        ZIP Code | |

Debtor   Diamond Finance Co., Inc.                          Case number (if known) _____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _Richard Berman_ _____
Signature of petitioner or representative, including representative's title

Richard Berman
Printed name of petitioner

Date signed   04 / 03 / 2020
              MM / DD / YYYY

**Mailing address of petitioner**

3421 Hewlett Avenue
Number   Street

Merrick              NY      11566
City                 State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State        ZIP Code

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York              NY      10019
City                  State   ZIP Code

Date signed _____
            MM / DD / YYYY

Contact phone 212-451-2277   Email mfox@olshanlaw.com

Debtor    Diamond Finance Co., Inc.                    Case number _____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not granted, the court may award costs, fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X _____ | X _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Don Barkin | Michael S. Fox |
| Printed name of signatory | Printed name |
| Date signed 4  3  2020 | Olshan Frome Wolosky LLP |
|              MM  DD  YYYY | Firm name (if any) |
|  | 1325 Avenue of the Americas |
| Mailing address of petitioner | Number   Street |
| 17382 Via CAPRI E | New York          NY    10019 |
| Number   Street | City       State   ZIP Code |
| Boca Raton     FL   33496 | Date signed      MM  DD  YYYY |
| City     State   ZIP Code | Contact phone 212-451-2277   Email mfox@olshanlaw.com |

If petitioner is an individual and is not represented by an attorney

Contact phone _____

Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____    State _____    ZIP Code _____

Debtor    Diamond Finance Co., Inc. _____    Case number (if known) _____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they m false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 30

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **X** _Roger Shyer_ (signature) | **X** _(signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Roger Shyer | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed  4  3  2020 <br> MM / DD / YYYY | Olshan Frome Wolosky LLP <br> Firm name, if any |
| | 1325 Avenue of the Americas <br> Number   Street |
| **Mailing address of petitioner** | |
| 11407 WATERS REACH TR. #1001 <br> Number   Street | New York          NY     10019 <br> City                State    ZIP Code |
| BOCA RATON  FL.   33434 <br> City            State       ZIP Code | Date signed  MM / DD / YYYY |
| | Contact phone 212-451-2277   Email mfox@olshanlaw.c |

If petitioner is an individual and is not represented by an attorney:

Contact phone _____

Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____   State _____   ZIP Code _____

Debtor   Diamond Finance Co., Inc.                                    Case number (if known) _____

### Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Mitchell Cooper (signature)_ | ✗ _Michael S. Fox (signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Mitchell Cooper** | **Michael S. Fox** |
| Printed name of petitioner | Printed name |
| Date signed 04/03/2020  MM / DD / YYYY | **Olshan Frome Wolosky LLP** |
| | Firm name, if any |
| | **1325 Avenue of the Americas** |
| | Number    Street |
| **Mailing address of petitioner** | **New York**                    NY      10019 |
| **407 McKinney Falls Lane** | City                    State          ZIP Code |
| Number    Street | Date signed _____  MM / DD / YYYY |
| **Georgetown**          TX      78633 | |
| City                State          ZIP Code | Contact phone 212-451-2277    Email mfox@olshanlaw.com |

If petitioner is an individual and is not represented by an attorney:

Contact phone  917-941-8556

Email  AUTODAD42@AOL.com

Name and mailing address of petitioner's representative, if any

Name _____

Number  Street _____

City _____  State ____  ZIP Code ____

Debtor    Diamond Finance Co., Inc.                                Case number (if known)

| **Part 4:** | **Request for Relief** |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _Harvey Stevens_
Signature of petitioner or representative, including representative's title

Harvey Stevens
Printed name of petitioner

Date signed  4 / 6 / 2020
MM / DD / YYYY

**Mailing address of petitioner**

8 East 83rd St. Apt 10 F
Number    Street

New York                      NY    10028
City                          State      ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone  212-988-7941

Email  HSFLAQUITO@AOL.COM

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                          State      ZIP Code

**Attorneys**

✗ _signature_
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                      NY    10019
City                          State      ZIP Code

Date signed
MM / DD / YYYY

Contact phone 212-451-2277   Email mfox@olshanlaw.com

Official Form 105                    Involuntary Petition Against an Individual                    page **4**

Name and mailing address of petitioner

Theodore Greenberg
Name

16209 Mira Vista Lane
Number    Street

Delray Beach                    FL          33446
City                            State       ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

X
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                    NY          10019
City                        State       ZIP Code

Contact phone    212-451-2277    Email  mfox@olshanlaw.c

Bar number    1853035

State    New York

X
Signature of attorney

Date signed
MM / DD / YYYY

---

Name and mailing address of petitioner

Name

Number    Street

City                    State       ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                    State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

X
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                    State       ZIP Code

Contact phone                    Email

Bar number

State

X
Signature of attorney

Date signed
MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 4

Name and mailing address of petitioner

Herbert Brooks
Name

35 N. Chatsworth Ave. 2B
Number    Street

Larchmont          N.Y.    10538
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 03 2020
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York          NY      10019
City                State    ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.com

Bar number  1853035

State    New York

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Name and mailing address of petitioner

Name

Number    Street

City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                State    ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor    Diamond Finance Co., Inc.

Case number (if known)_____

---

| Part 4: | Request for Relief |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _____
Signature of petitioner or representative, including representative's title

Joeseph DiNoia Jr.
Printed name of petitioner

Date signed  04 / 03 / 2020
MM / DD / YYYY

**Mailing address of petitioner**

777 NE 4th Avenue
Number    Street

Fort Lauderdale           FL       33304
City                      State    ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email            _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City              State       ZIP Code

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                  NY       10019
City                      State    ZIP Code

Date signed    _____
MM / DD / YYYY

Contact phone 212-451-2277      Email mfox@olshanlaw.com

---

Debtor    Diamond Finance Co., Inc.                                      Case number (if known)

**Part 4:**    **Request for Relief**

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **X** _(signature)_ | **X** _(signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| John DiNoia | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed 04 / 03 / 2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number    Street |
| **Mailing address of petitioner** | New York          NY     10019 |
| 15 Yellowstone Drive | City                State    ZIP Code |
| Number    Street | Date signed |
| West Nyack        NY     10994 | MM / DD / YYYY |
| City              State   ZIP Code | Contact phone 212-451-2277    Email mfox@olshanlaw.com |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____


**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City                State    ZIP Code

Debtor    Diamond Finance Co., Inc.    Case number (if known)

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _David Camhi_
Signature of petitioner or representative, including representative's title

David Camhi
Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

1715 Trapani Lane
Number    Street

Boyton Beach          FL    33472
City                   State      ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City          State      ZIP Code

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                   NY    10019
City                        State     ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Debtor    Diamond Finance Co., Inc.                                    Case number (if known)_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Sandra Camhi_ | ✗ _[signature]_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Sandra Camhi | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed ___ MM / DD / YYYY | Olshan Frome Wolosky LLP |
| | Firm name, if any |
| Mailing address of petitioner | 1325 Avenue of the Americas |
| | Number    Street |
| 184 Kent Ave, D201 | New York          NY      10019 |
| Number    Street | City          State          ZIP Code |
| Brooklyn          NY      11249 | Date signed ___ MM / DD / YYYY |
| City          State          ZIP Code | |
| | Contact phone 212-451-2277    Email mfox@olshanlaw.com |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City          State          ZIP Code

Debtor    Diamond Finance Co., Inc.                                    Case number *(if known)*_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _Steven Camhi_
Signature of petitioner or representative, including representative's title

Steven Camhi
Printed name of petitioner

Date signed
MM / DD / YYYY

**Mailing address of petitioner**

6854 Finamore Circle
Number    Street

Lake Worth            FL      33467
City                  State              ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email    _____

**Name and mailing address of petitioner's representative, if any**

Name    _____

Number    Street

City                  State              ZIP Code

**Attorneys**

✗ _[signature]_
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York            NY      10019
City                  State              ZIP Code

Date signed
MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com