---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York

Case number (*if known*): _____ Chapter 7

---

☐ Check if this is an
amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2:    Identify the Debtor

2. **Debtor's full name**

   Rob
   First name

   _____
   Middle name

   Diamond
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   XXX – XX – ____ ____ ____ ____        OR        9 XX – XX – ____ ____ ____ ____

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Rob Diamond

Debtor _____

Case number (*if known*)_____

| 6. | **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|---|

**Principal residence**

Pine Hollow
_____
Number        Street

6601 Rte 25A
_____

East Norwich            NY      11732
_____
City                          State    ZIP Code

_____
County

**Mailing address, if different from residence**

_____
Number        Street

_____

_____
City                              State    ZIP Code

**Principal place of business**

2200 Marcus Avenue
_____
Number        Street
Diamond Finance Co., Inc.

_____

New Hyde Park            NY      11042
_____
City                          State    ZIP Code

Nassau
_____
County

---

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

---

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐ No
☑ Yes. Debtor Diamond Finance Co., Inc.    Relationship Affiliate

District Eastern District of NY    Date filed 04/06/2020    Case number, if known 20-71877
MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known _____
MM / DD / YYYY

Rob Diamond

Debtor _____     Case number (if known)_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gary Moskowitz | Guaranty of Loans | $ 850,000.00 |
| Roger Schneier | Guaranty of Loans | $ 510,000.00 |
| Hewlett Trading Co. LLC | Guaranty of Loans | $ 375,000.00 |
| | Total | $ 5,412,500.00 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Rob Diamond

Debtor: _____          Case number _____

## 13.  **Each Petitioner's Claim**:

| NAME OF PETITIONER | NATURE OF PETITIONERS CLAIM | AMOUNT OF THE CLAIM ABOVE THE VALUE OF ANY LIEN |
|---|---|---|
| Maxx Wattenberg | Guaranty of Loans | 240,000.00 |
| Wayne Wattenberg | Guaranty of Loans | $360,000.00 |
| Richard Berman | Guaranty of Loans | $150,000.00 |
| Don Barkin | Guaranty of Loans | $220,000.00 |
| Roger Shyer | Guaranty of Loans | $75,000.00 |
| Mitchell Cooper | Guaranty of Loans | $150,000.00 |
| Harvey Stevens | Guaranty of Loans | $350,000.00 |
| Theodore Greenberg | Guaranty of Loans | $200,000.00 |
| Herbert Brooks | Guaranty of Loans | $200,000.00 |
| Joseph DiNoia | Guaranty of Loans | $312,500.00 |
| John DiNoia | Guaranty of Loans | $80,000.00 |
| David Camhi | Loans | $300,000.00 |
| Sandra Camhi | Loans | $100,000.00 |
| Steven Camhi | Loans | $640,000.00 |
|  |  |  |

Form 105          Involuntary Petition against an Individual

Rob Diamond

Debtor _____    Case number *(if known)*_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| ✗ _(signature)_ | ✗ _(signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Gary Moskowitz** | **Michael S. Fox** |
| Printed name of petitioner | Printed name |
| Date signed  04 / 03 / 3030  MM / DD / YYYY | **Olshan Frome Wolosky LLP** |
| | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number    Street |
| **Mailing address of petitioner** | New York          NY    10019 |
| 10 Howard Drive | City              State      ZIP Code |
| Number    Street | Date signed  4  3  2020  MM / DD / YYYY |
| Muttown          NY    11791 | |
| City            State    ZIP Code | Contact phone 212-451-2277   Email mfox@olshanlaw.com |
| **If petitioner is an individual and is not represented by an attorney:** | |
| Contact phone  _____ | |
| Email  _____ | |
| **Name and mailing address of petitioner's representative, if any** | |
| Name  _____ | |
| Number    Street | |
| City            State    ZIP Code | |

Case number (if known) _____

Debtor _____ Rob Diamond

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **✗** _____ | **✗** _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Roger Schneier | Michael S. Fox |
| Printed name of petitioner | Printed name |
| | Olshan Frome Wolosky LLP |
| Date signed ____ MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number   Street |
| Mailing address of petitioner | New York          NY     10019 |
| 8167 Valhalla Dr. | City              State    ZIP Code |
| Number   Street | |
| Del Ray          FL     33446 | Date signed ____ MM / DD / YYYY |
| City          State    ZIP Code | |
| | Contact phone 212-451-2277   Email mfox@olshanlaw.com |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number   Street _____

City          State    ZIP Code

Rob Diamond

Debtor _____    Case number _____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i)

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **✗** *Richard Berman* | *[signature]* |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Hewlett Trading Co. LLC | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed  04 / 03 / 2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number   Street |
| Mailing address of petitioner | New York            NY      10019 |
| 3421 Hewlett Avenue | City                State      ZIP Code |
| Number   Street | |
| Merrick         NY    11566 | Date signed |
| City            State   ZIP Code | MM / DD / YYYY |
| | Contact phone 212-451-2277   Email mfox@olshanlaw.com |

If petitioner is an individual and is not represented by an attorney:

Contact phone _____

Email _____

Name and mailing address of petitioner's representative, if any

Richard Berman
Name

3421 Hewlett Avenue
Number   Street

Merrick         NY    11566
City            State   ZIP Code

Rob Diamond

Debtor _____    Case number (if known) _____

| Part 4: | Request for Relief |
|---|---|

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ *Maxx Wattenberg*
Signature of petitioner or representative, including representative's title

Maxx Wattenberg
Printed name of petitioner

Date signed  04/03/2020
MM / DD / YYYY

**Mailing address of petitioner**

225 5th Ave
Number    Street

New York            NY      10010
City                State      ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State      ZIP Code

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York            NY      10019
City                State      ZIP Code

Date signed  _____
MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Rob Diamond

Debtor _____        Case number (if known)_____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Wayne Wattenberg_ | ✗ _signature_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| **Wayne Wattenberg** | **Michael S. Fox** |
| Printed name of petitioner | Printed name |
| Date signed  4 / 3 / 2020 | **Olshan Frome Wolosky LLP** |
| MM / DD / YYYY | Firm name, if any |
| | **1325 Avenue of the Americas** |
| | Number   Street |
| Mailing address of petitioner | **New York**           **NY**      **10019** |
| **3 Woodedge Lane** | City                          State      ZIP Code |
| Number   Street | Date signed _____ |
| **Brookville**        **NY**    **11545** | MM / DD / YYYY |
| City                       State      ZIP Code | |
| | Contact phone 212-451-2277   Email mfox@olshanlaw.com |
| If petitioner is an individual and is not represented by an attorney: | |
| Contact phone _____ | |
| Email _____ | |
| | |
| Name and mailing address of petitioner's representative, if any | |
| Name _____ | |
| Number   Street _____ | |
| City _____ State _____ ZIP Code _____ | |

Rob Diamond

Debtor _____    Case number (if known) _____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
16 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| ✗ _Richard Berman_ | ✗ _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Richard Berman | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed 04 / 03 / 2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number   Street |
| Mailing address of petitioner | New York          NY      10019 |
| 3421 Hewlett Avenue | City             State      ZIP Code |
| Number   Street | |
| Merrick          NY      11566 | Date signed _____ |
| City             State      ZIP Code | MM / DD / YYYY |
| | Contact phone 212-451-2277    Email mfox@olshanlaw.com |

If petitioner is an individual and is not represented by an attorney:

Contact phone _____

Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City          State      ZIP Code

Rob Diamond

Debtor _____                    Case number _____

| **Part 4:** | **Request for Relief** |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to \$250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not granted, the court may award attorney fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**                 **Attorneys**

X _____                                    X _____
Signature of petitioner or representative, including representative's title      Signature of attorney

Don Barkin                                                    Michael S. Fox
Printed name of person                                        Printed name

Date signed  **4   3   2020**                                 Olshan Frome Wolosky LLP
            MM   DD   YYYY                                     Firm name, if any

                                                              1325 Avenue of the Americas
Mailing address of petitioner                                 Number    Street

**17382 VIA CAPRI E**                                         New York              NY      10019
Number   Street                                               City                  State   ZIP Code

Boca Raton              FL     33496                          Date signed  ___  ___  ____
City                    State  ZIP Code                                    MM   DD   YYYY

                                                              Contact phone 212-451-2277   Email mfox@olshanlaw.com

If petitioner is an individual and is not represented by an attorney
Contact phone _____
Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City _____  State _____  ZIP Code _____

Rob Diamond

Debtor _____                    Case number (if known) _____

**Part 4:    Request for Relief**

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they m false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 30

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **✗** _Roger Shyer_ (signature) | **✗** _(signature)_ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Roger Shyer | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed  4  3  2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number    Street |
| Mailing address of petitioner | New York          NY    10019 |
| | City              State    ZIP Code |
| 11407 WATERS REACH TR. #1001 | |
| Number    Street | Date signed |
| BOCA RATON  FL.    33434 | MM / DD / YYYY |
| City          State      ZIP Code | Contact phone 212-451-2277    Email mfox@olshanlaw.co |

If petitioner is an individual and is not represented by an attorney:

Contact phone _____

Email _____

Name and mailing address of petitioner's representative, if any

Name _____

Number    Street _____

City          State          ZIP Code

Rob Diamond

Debtor _____                    Case number *(if known)* _____

## Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.

18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _____
Signature of petitioner or representative, including representative's title

Mitchell Cooper
Printed name of petitioner

Date signed: 04/03/2020
MM / DD / YYYY

**Mailing address of petitioner**

407 McKinney Falls Lane
Number   Street

Georgetown          TX      78633
City              State       ZIP Code

If petitioner is an individual and is not represented by an attorney:
Contact phone  917-941-8556
Email  AUTODAD42@AOL.com

Name and mailing address of petitioner's representative, if any

Name _____

Number   Street _____

City          State       ZIP Code

**Attorneys**

X _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York            NY      10019
City              State       ZIP Code

Date signed  MM / DD / YYYY

Contact phone 212-451-2277   Email mfox@olshanlaw.com

Official Form 105            Involuntary Petition Against an Individual          page 4

Rob Diamond

Debtor _____    Case number (if known) _____

<div style="background:black;color:white;padding:2px;">Part 4:    Request for Relief</div>

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _Harvey Stevens_
Signature of petitioner or representative, including representative's title

Harvey Stevens
Printed name of petitioner

Date signed  4 / 6 / 2020
MM / DD / YYYY

**Mailing address of petitioner**

8 East 83rd St. Apt 10 F
Number    Street

New York                   NY    10028
City                       State   ZIP Code

If petitioner is an individual and is not represented by an attorney:

Contact phone  212-988-7941
Email  HSFLAQUITO@AOL.COM

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City          State          ZIP Code

**Attorneys**

✗ _[signature]_
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                   NY    10019
City                       State   ZIP Code

Date signed  ___ / ___ / _____
MM / DD / YYYY

Contact phone 212-451-2277   Email mfox@olshanlaw.com

Official Form 105                Involuntary Petition Against an Individual                page **4**

Debtor Rob Diamond

Name and mailing address of petitioner

Theodore Greenberg
Name

16209 Mira Vista Lane
Number    Street

Delray Beach                    FL        33446
City                             State      ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                             State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                        NY        10019
City                             State      ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.c

Bar number  1853035

State      New York

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

---

Name and mailing address of petitioner

Name

Number    Street

City                             State      ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                             State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                             State      ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor: Rob Diamond

Name and mailing address of petitioner

Herbert Brooks
Name

35 N. Chatsworth Ave. 2B
Number   Street

Larchmont          N.Y.   10538
City                State    ZIP Code

Printed name

Michael S. Fox

Firm name, if any

Olshan Frome Wolosky LLP

1325 Avenue of the Americas
Number   Street

New York              NY      10019
City                  State   ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.com

Bar number   1853035

State   New York

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 03 2020
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Name and mailing address of petitioner

Name

Number   Street

City                State    ZIP Code

Printed name

Firm name, if any

Number   Street

City                  State   ZIP Code

Contact phone  _____  Email _____

Bar number _____

State _____

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
              MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Rob Diamond

Debtor _____    Case number (if known)_____

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct.  Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **X** | **X** |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| Joeseph DiNoia Jr. | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed  04 / 03 / 2020 | Olshan Frome Wolosky LLP |
|   MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number    Street |
| **Mailing address of petitioner** | New York                NY        10019 |
| | City                          State        ZIP Code |
| 777 NE 4th Avenue | |
| Number    Street | Date signed |
| | MM / DD / YYYY |
| Fort Lauderdale        FL        33304 | |
| City                      State          ZIP Code | Contact phone 212-451-2277      Email mfox@olshanlaw.com |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email                _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                      State          ZIP Code

Rob Diamond

Debtor _____     Case number _____

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| X _____ | X _____ |
| Signature of petitioner or representative, including representative's title | Signature of attorney |
| John DiNoia | Michael S. Fox |
| Printed name of petitioner | Printed name |
| Date signed 04/03/2020 | Olshan Frome Wolosky LLP |
| MM / DD / YYYY | Firm name, if any |
| | 1325 Avenue of the Americas |
| | Number    Street |
| Mailing address of petitioner | New York                NY        10019 |
| 15 Yellowstone Drive | City                         State        ZIP Code |
| Number    Street | |
| West Nyack        NY        10994 | Date signed _____ |
| City                State        ZIP Code | MM / DD / YYYY |
| | Contact phone 212-451-2277     Email mfox@olshanlaw.com |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____    State _____    ZIP Code _____

Rob Diamond

Debtor _____          Case number (if known) _____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _David Camhi_

Signature of petitioner or representative, including representative's title

David Camhi
Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

1715 Trapani Lane
Number    Street

Boyton Beach           FL      33472
City                   State   ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City           State        ZIP Code

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                NY      10019
City                    State   ZIP Code

Date signed _____
MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Rob Diamond

| Debtor | _____ | Case number (if known) _____ |

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _____
Signature of petitioner or representative, including representative's title

Sandra Camhi
Printed name of petitioner

Date signed _____
MM / DD / YYYY

**Mailing address of petitioner**

184 Kent Ave, D201
Number    Street

| Brooklyn | NY | 11249 |
| City | State | ZIP Code |

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____

Email  _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____  State _____  ZIP Code _____

**Attorneys**

✗ _____
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

| New York | NY | 10019 |
| City | State | ZIP Code |

Date signed _____
MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com

Rob Diamond

Debtor _____          Case number (if known)_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

**✗** _Steven Camhi_
Signature of petitioner or representative, including representative's title

Steven Camhi
Printed name of petitioner

Date signed _____
         MM / DD / YYYY

**Mailing address of petitioner**

6854 Finamore Circle
Number    Street

Lake Worth                    FL      33467
City                         State        ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number    Street _____

City _____  State _____ ZIP Code _____

**Attorneys**

**✗** _[signature]_
Signature of attorney

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York                    NY      10019
City                         State        ZIP Code

Date signed _____
         MM / DD / YYYY

Contact phone 212-451-2277    Email mfox@olshanlaw.com