**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
In re:                                                                    NOTICE OF APPOINTMENT OF
                                                                                    CHAPTER 7 TRUSTEE

Rob Diamond                                                       CASE NO.: 8-20-71878-reg
                                      Debtor.
-------------------------------------------------------------X

TO:     **Allan B. Mendelsohn**
        Allan B. Mendelsohn, LLP
        8 New Street
        Huntington, NY 11743
        (631)923-1625
        Email: amendelsohn@amendelsohnlaw.com

       You are hereby appointed Interim Trustee for the estate of the above named debtor**.**

       The amount of your bond is covered by the bond of Trustees in the Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this office and the Bankruptcy Court.  See 11 U.S.C. §322(a); Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file, Bankruptcy Rule 2010(a), you are required to notify the undersigned in writing within five (5) business days of this notice only in the event you reject this appointment.

Dated: Central Islip, New York
       May 13, 2020

                                        /s/ *William K. Harrington*
                                    William K. Harrington, Esq.
                                    United States Trustee Region 2
                                    Long Island Federal Courthouse
                                    560 Federal Plaza
                                    Central Islip, NY 11722
                                     (631) 715 7800