2 GARSON LLC
1180 MIDLAND AVENUE
BRONXVILLE, NY 10708

613 AUTOMOTIVE GROUP
2200 NORTHERN BOULEVARD
GREENVALE, NY 11548

ADESA AUTO AUCTION
425 E PATCHOGUE
YAPHANK, NY 11980

ALYSE MILLER
21896 OLD BRIDGE TRAIL
BOCA RATON, FL 33428

AMERICAN HONDA FINANCE
ATTN: NATIONAL BANKRUPTCY CENTER
PO BOX 166469
IRVING, TX 75016

AMEX/BANKRUPTCY
CORRESPONDENCE/BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998

ANGELA LUTTRELL
C/O MICHAEL FOX
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

ANN NUSSBAUM
10 OLDWESTBURY ROAD
OLD WESTBURY, NY 11568

AUTO CITY
450 UTICA AVENUE
BROOKLYN, NY 11203

BMW FINANCIAL SERVICES
ATTN: BANKRUPTCY
PO BOX 3608
DUBLIN, OH 43016

BRAD RESNICK
1 SPREAD OAK LANE
EAST HAMPTON, NY 11937


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE/COSTCO
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850


CHASE MORTGAGE
CHASE RECORDS CENTER/ATTN: CORRESPONDENC
MAIL CODE LA4 5555  700 KANSAS LN
MONROE, LA 71203


CHRISTINE HOEY
5 SUMMER LANE
HICKSVILLE, NY 11801


CIT
21146 NETWORK PLACE
CHICAGO, IL 60673


CITY TOWING AND RECOVERY INC
9821 ROCKAWAY BLVD
OZONE PARK, NY 11417


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CYPRESS MOTORS
7903 CYPRESS AVENUE
RIDGEWOOD, NY 11385

DANIEL RETTER
3510 BROADWAY
2ND FLOOR
ASTORIA, NY 11106


DAVID CAMHI
1715 TRAPANI LANE
BOYNTON BEACH, FL 33472


DEALER TRACK
3400 NEW HYDE PARK ROAD
NEW HYDE PARK, NY 11042


DEPT OF MOTOR VEHICLES
6 EMPIRE STREET PLAZA
ROOM 422
ALBANY, NY 12228


DIAMOND FINANCE AND FLOOR PLAN
2200 MARCUS AVENUE
NEW HYDE PARK, NY 11042


DIAMOND FINANCE CO INC.
2200 MARCUS AVENUE
NEW HYDE PARK, NY 11042


DIAMOND FINANCE OF NEW JERSEY
2200 MARCUS AVENUE
NEW HYDE PARK, NY 11042


DON BARKIN
17382 VIA CAPRI
BOCA RATON, FL 33496


DSNB BLOOMINGDALES
ATTN: RECOVERY "BK"
PO BOX 9111
MASON, OH 45040


FIRST ALL AMERICA LIFE
INSURANCE
POB 305027
NASHVILLE, TN 37230

FP MAILING SOLUTIONS
140 N. MITCHELL COURT
SUITE 200
ADDISON, IL 60101


FRANCINE HAVIKEN
24 CAMMERER AVENUE
EAST ROCKAWAY, NY 11518


GARVIN PETERS
94 ROCKAWAY PARKWAY
#3B
BROOKLYN, NY 11212


GARY MOSKOWITZ
10 HOWARD DRIVE
SYOSSET, NY 11791


GEORGE MATISKO
PO BOX 59
KIAMESHA LAKE, NY 12751


GLENWOOD MANAGEMENT
1200 UNION TURNPIKE
NEW HYDE PARK, NY 11040


GLENWOOD MGMT/ BRISTOL GARAGE
1200 UNION TURNPIKE
NEW HYDE PARK, NY 11040


HAROLD HERLING
20 EMERSON ROAD
GLEN HEAD, NY 11545


HARVEY STEVENS
8 EAST 83RD STREET
APT 10F
NEW YORK, NY 10028


HERBERT BROOKS
35 N. CHATSWORTH AVE.
APT 2B
LARCHMONT, NY 10538

HEWLETT TRADING CO  
3241 HEWLETT AVENUE  
MERRICK, NY 11566

HUDSON CITY SAVINGS BA  
HUDSON CITY SAVINGS BANK  
80 W CENTURY ROAD  
PARAMUS, NJ 07652

HUSSEIN ALNUWEIRI  
28 WEST 38TH STREET APT 6E  
NEW YORK, NY 10018

ILENE DIAMOND  
300 EAST 56TH STREET  
APT 7J  
NEW YORK, NY 10022

ISREAL KLEIN  
3510 BROADWAY, 2ND FLOOR  
ASTORIA, NY 11106

JAMES BRETTHOLZ  
C/O MICHAEL S. FOX  
1335 AVENUE OF THE AMERICAS  
NEW YORK, NY 10019

JEFFREY MAIDENBAUM  
MAIDENBAUM & ASSOCIATES ,PLLC  
1 BROADCAST PLAZA  
MERRICK, NY 11566

JERRY KRANTZ  
1000 WOODBURY ROAD  
WOODBURY, NY 11797

JJAZ C/O JAY MILLER  
21896 OLD BRIDGE TRAIL  
BOCA RATON, FL 33428

JOHN DINOIA  
15 YELLOWSTONE DRIVE  
WEST NYACK, NY 10994

JOSEPH DINOIA  
777 NE 4TH AVENUE  
FORT LAUDERDALE, FL 33304

JULIA AMAYA  
55 4TH AVENUE  
WESTBURY, NY 11590

KATHLEEN O'ROURKE  
3110 N. JERUSALEM ROAD  
WANTAGH, NY 11793

LAWRENCE WOLFIN  
395 FALETTI CIRCLE  
WESTWOOD, NJ 07675

LINCOLN FINANCIAL GROUP  
PO BOX 21008  
GREENSBORO, NC 27420

MANHATTAN MINI STORAGE  
645 W. 44TH STREET  
NEW YORK, NY 10036

MANHEIM AUCTIONS  
 7205 CAMPBELLTON RD SW  
ATLANTA, GA 30331

MARCOS BENZAQUEN  
6134 173RD STREET  
FRESH MEADOWS, NY 11365

MARK SCHERR  
C/O DEREK SCHERR ESQ.  
885 THIRD AVENUE, SUITE 3040  
NEW YORK, NY 10022

MARVIN SCHEBER  
641 5TH AVENUE  
#43B  
NEW YORK, NY 10022

MAXX WATTENBERG  
225 TH AVENUE  
NEW YORK, NY 10010

MITCHELL COOPER  
407 MCKINNEY FALLS LANE  
GEORGETOWN, TX 78633


MUTUAL JEWLERY  
POB 3601  
NEENAH, WI 54957


N.Y. POST  
PO BOX 1407  
BELLMAWR, NJ 08099


NICKOLAS MUNDY  
16 COURT STREET  
BROOKLYN, NY 11241


NYC CONSUMER AFFAIRS DEPT  
42 BROADWAY  
#5  
NEW YORK, NY 10004


NYC DEPT OF TAX & FIN  
66 JOHN STREET  
NEW YORK, NY 10038


NYS DEPARTMENT OF FIN. SRVCS  
ONE STATE STREET  
NEW YORK, NY 10004


NYS DEPT OF TAX & FIN.  
BANKRUPTCY SECTION  
POB 5300  
ALBANY, NY 12205


OLSHAN FROME WOLOSKY LLP C/O  
MICHAEL S. FOX  
1325 AVENUE OF THE AMERICAS  
NEW YORK, NY 10019


PAYBACK REPO  
343 MERRICK RD  
LYNBROOK, NY 11563

PINE HOLLOW COUNRTY CLUB
6601 RT 25A
EAST NORWICH, NY 11732


PORSCHE FINANCIAL SRVC
980 HAMMOND DR
ATLANTA, GA 30328


PRINCIPAL LIFE INSURANCE
711 HIGH ST
DES MOINES, IA 50392


REGENCY WHILST CLUB
15 EAST 67TH STREET
NEW YORK, NY 10065


RETIREMENT ACCOUNTS PENSCO
PO BOX 173859
DENVER, CO 80217


RICHARD BERMAN
3241 HEWLETT AVENUE
MERRICK, NY 11566


ROGER SCHNEIER
8167 VALHALLA DR.
DELRAY BEACH, FL 33446


ROGER SHYER
19407 WATERS REACH TRAIL
BOCA RATON, FL 33434


SANDRA CAMHI
184 KENT AVENUE
D201
BROOKLYN, NY 11249


SANTANDER BANK
443 HILLSIDE AVENUE
WILLISTON PARK, NY 11596


SAUL BIENENFELD
680 CENTRAL AVENUE
SUITE 108
CEDARHURST, NY 11516

SCOTT SCHERR
290 SOUTH MAYA PALM DRIVE
BOCA RATON, FL 33432


SIGNATURE BANK
565 FIFTH AV
NEW YORK, NY 10017


STATE OF NJ-
DEPT OF BANKING
POB 040
TRENTON, NJ 08625


STEVE FOX
C/O MICHAEL FOX
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019


STEVEN CAMHI
6854 FINAMORE CIRCLE
LAKE WORTH, FL 33467


STEVEN M FEINBERG LAW OFFICES
590 SUNRISE HWY
BALDWIN, NY 11510


SYDELL WOLFIN
21 VILLA LANE
BOYNTON BEACH, FL 33436


TECH RUNNER
1025 OLD COUNTRY ROAD
SUITE 412
WESTBURY, NY 11590


TGI OFFICE AUTOMATION LLC
PO BOX 070241
PHILADELPHIA, PA 19176


THE  HARTFORD
SENTINEL INSUARANCE COMPANY,
PO BOX 660916
DALLAS, TX 75266

THEODORE GREENBURG
16209 MIRA VISTA LANE
DELRAY BEACH, FL 33446


U.S. BANCORP
ATTN: BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS, MN 55402


UNITED HEALTH CARE / OXFORD
4 RESEARCH DRIVE
SHELTON, CT 06484


VERIZON
PO BOX 408
NEWARK, NJ 07101


VONAGE DIGITAL PHONE SERVICE
142 PARK CITY CENTER
LANCASTER, PA 17601


WAYNE WATTENBERG
3 WOODAGE LANE
BROOKVILLE, NY 11545


WELLS FARGO
968 THIRD AVENUE
NEW YORK, NY 10022


WESTLAKE FINANCIAL
4751 WILLSHIRE BLVD
LOS ANGELES, CA 90010


Y & M ENTERPRISES
C/O AMERI LAW FIRM
58 MAIN STREET  3RD FLOOR
HACKENSACK, NJ 07601