SCHEDULE

1. A copy of any and all contracts entered into by and between Pine Hollow Country Club on the one hand and any person or entity on the other hand, as they relate to the wedding reception of Jordana Diamond and Brett Garson held on October 20, 2018.

2. A copy of all payments received by Pine Hollow Country Club in connection with the wedding reception of Jordana Diamond and Brett Garson held on October 20, 2018 (whether by credit card, check, or other form).