**OLSHAN**  1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: MFOX@OLSHANLAW.COM
DIRECT DIAL: 212.451.2277

September 29, 2020

Judge Robert E. Grossman
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY  11722

Re:  In re Rob Diamond, Case No. 20-71878

Dear Honorable Sir:

Please adjourn the Contempt Motion scheduled for Wednesday, September 30, 2020 until October 28, 2020 at 9:30 am.

We have received documents and an Affidavit from Ilene Diamond. However it is not complete. But rather than use the Court's time, we expect to have these issues resolved.

Thank you.

Sincerely,

Michael S. Fox

cc: Wayne Greenwald
    Fred Kantrow

OLSHAN  FROME  WOLOSKY  LLP       WWW.OLSHANLAW.COM
5547287-1