PLANTIFF

MARK PERGAMENT AGAINST ROBERT DIAMOND DEFENDANT 11/3/22

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2022

CASE # 820-71878-A736

Pg 1

TO JUDGE GROSSMAN, 8:47

Your Honor, BEING UP AGAINST A POWERFUL LAW FIRM THAT MR. PERGAMENT IS A PART OF PUTS ME AT A TREMENDOUS DISADVANTAGE. MR. PERGAMENT MENTIONS MANY ITEMS THAT I SHOULD HAVE HAD AS PART OF MY APPEAL, OBVIOUSLY I DO NOT HAVE THE PROPER RESOURCES TO QUOTE OTHER CASES NOR THE KNOWLEDGE OF THE PROPER LEGAL DOCUMENTS TO HAVE SUBMITTED. I WAS ONLY ADVISED BY THE PRO SE ATTORNEY ELISE KANTER ON THE SECOND FLOOR IN YOUR BUILDING ON HOW TO FILE AN APPEAL. SHE NEVER MENTIONED TO PROVIDE ANY OTHER PROOF, I WAS UNDER THE IMPRESSION THAT THEY WOULD BE PRESENTED IN COURT, I WASN'T EVEN AWARE THAT I WOULD HAVE THE OPPORTUNITY TO CROSS EXAMINE MR. FOX, THEREFORE NOT BEING FULLY PREPARED WITH MORE QUESTIONS AND MORE PROOF TO SHOW IN COURT.

OBVIOUSLY, MR FOX WAS ADVISED BY HIS LAW FIRM TO DOWNPLAY OUR RELATIONSHIP TO AVOID ANY CONFLICT OF INTEREST AND TO NOT LOSE THE FINANCIAL BENEFITS OF THIS CASE. I AM SORRY THAT DISMISSING FOX & HIS FIRM WOULD CAUSE A DELAY IN THIS CASE, BUT HE LIED TO MR. PERGAMENT ABOUT OUR RELATIONSHIP. HE TOLD MR. PERGAMENT WE ONLY BELONGED TO THE SAME COUNTRY CLUB AND THAT WE WERE ONLY ACQUAINTENCES.

HE DIDN'T TELL MR PERGAMENT OF OUR TRIPS TOGETHER, (PLEASE FIND ENCLOSED PICTURES OF US TOGETHER WITH THE GUYS AND THE WIFES - COLORFUL PICTURES WITH US WILL BE PROVIDED FOR MORE CLARITY)

ONLY GOOD FRIENDS WERE ON THE SAME GOLF TEAM 192
TOGETHER (A LIST OF SHOWING FOX & DIAMOND TOGETHER)
MR FOX HAD A LOT OF TROUBLE REMEMBERING ALL OUR
DINNERS TOGETHER IN LONG ISLAND, HE CERTAINLY
WOULDN'T REMEMBER MY WIFE AND I ABOUT HIS
BIRTHDAY (ENCLOSED IS A BIRTHDAY WISH FROM MY WIFE AND I.
WHEN YOUR GOOD FRIENDS YOU DON'T USUALLY CHARGE FOR
LEGAL ADVISE or CORRECTING PROMISSORY NOTES FOR
DIAMOND FINANCE.

    I KNOW YOUR HONOR SAID HE (FOX) HAS HIS MEMORIES
AND I HAVE MINE ABOUT OUR RELATIONSHIP BUT
WHEN YOU TESTIFY UNDER OATH AND LIE ABOUT BEING
ENVITED TO OUR DAUGHTERS WEDDING THAT YOU WERE
NEVER INVITED IS PERJURY. (ENCLOSED IS A PARTIAL
LIST OF PEOPLE ENVITED. MR & MRS FOX # 150 IS ONLY
CROSSED OUT BECAUSE THEY SAID THEY WERE UNABLE
TO ATTEND. AGAIN MR FOX SAID HE WAS NEVER INVITED
BUT ENCLOSED IS A COPY OF MR & MRS FOX RESPONSE
CARD FROM LINDA & MICHAEL FOX THAT THEY COULD
NOT ATTEND. MR FOX LIED AGAIN AND TO MR PERGAMENT,
ABOUT OUR CLOSE RELATIONSHIP AND MOST IMPORTANTLY
HE LIED TO YOU, YOUR HONOR, IN YOUR COURTROOM
THIS IS A TREMENDOUS CONFLICT OF INTEREST AFTER
BEING GOOD FRIENDS. I HOPE YOU WILL ACCEPT THE APPEAL AND
HAVE MR FOX REMOVED. THANK FOR YOUR TIME YOUR HONOR

SINCERELY
ROBERT DIAMOND



**✗ ONLY GOOD FRIENDS PLAY ON THE SAME TEAM**

| Day 1 | | TEAM FOX | | | | | TEAM ROSEN | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Cascata | Hole # | Player A | A Hcp 90% | Player B | B Hcp 90% | Matches | Player A | A Hcp 90% | Player B | B Hcp 90% |
| White Tees | 1 | Fox | | Fleck | | vs | R Fine | | Casale | |
| 71.0 / 133 | 2 | Gutterman | | Kaplan | | vs | Donnelly | | Turret | |
| 9:00 AM | 3 | Diton | | Stander | | vs | Mitchy G | | Rick Silverman | |
| | 4 | Posinelli | | Brennan | | vs | Millich | | James | |
| Shamble | 5 | Birnholz | | Frankel | | vs | Becker | | Butwin | |
| | 6 | Diamond | | Sanders | | vs | Silverman | | Stewart | |
| | 7 | Fine | | Warren | | vs | Friedman | | Meyerowitz | |
| | 8 | Herling | | Schwartz | | vs | Rosen | | Speilberger | |
| | 9 | Tauber | | Meyerson | | vs | Tauber | | Tanny | |
| | 10 | Silberfarb | | Batlevsky | | vs | Shaw | | Lewis | |
| | 11 | Butler | | Serel | | vs | Weingord | | Geller | |
| | 12 | Wattenberg | | Yanofsky | | vs | Pfeffer | | Plutzer | |
| | 13 | Zwecker | | Rothenberg | | vs | Radler | | Landman | |

## Shamble

| Team Fox | Course Handicap-White Tees 71.0/133 | | | | Team Rosen | Course Handicaps-White Tees 71.0/133 | | |
|---|---|---|---|---|---|---|---|---|
| | Index | Handicap | 90% | | | Index | Handicap | 90% |
| Birnholz, Lon | | | | | Becker, Harold | | | |
| Fleck, Barry | | | | | Butwin, Rich | | | |
| Batievsky, Abe | | | | | Casale, Bob | | | |
| ✗ Diamond, Rob | ✓ | | | | James, Mike | | | |
| Diton, Eric | | | | | Donnelly, Steve | | | |
| Fine, Matt | | | | | Turrett, Ira | | | |
| ✗ Fox, Michael | ✓ | | | | Fine, Randy | | | |
| Gutterman, Phil | | | | | Friedman, Wayne | | | |
| Herling, Harold | | | | | Geller, Brian | | | |
| Maltz, Elliot | | | | | Goldschmidt, Mitch | | | |
| Meyerson Joel | | | | | Lewis, George | | | |
| Posinelli, John | | | | | Meyerowitz, Sandy | | | |
| Rothenberg, Randy | | | | | Millich Lee | | | |
| Sanders, Marty | | | | | Pffeffer, David | | | |
| Brennan, Michael | | | | | Plutzer, Gary | | | |
| Schwartz, Elliot | | | | | Radler, Bruce | | | |
| Serel, George | ✓ | | | | Rosen, Bruce | ✓ | | |
| Silberfarb, Paul | | | | | Shaw, Mike | | | |
| Stander, Kevin | | | | | Silverman, David | | | |
| Tauber, Larry | | | | | Spielberger, Mark | | | |
| Warren, Steve | | | | | Stuart, Marc | | | |
| Wattenberg, Wayne | | | | | Tanney, Howard | | | |
| Yanofsky, Steve | | | | | Tauber, Alan | | | |
| Zwecker, Jeff | | | | | Weingord, Phil | | | |
| Frankel, Josh | | | | | Silverman, Rick | | | |
| Kaplan, Danny | | | | | Landman, Steve | ✓ | | |



| | | | | |
|---|---|---|---|---|
| 132 | Ms. Julia Chalif | | | |
| 133 | Ms. Hillary Cohen | 1 | | |
| 134 | Ms. Katherine Caufield | 1 | 1 | |
| 135 | Mr. and Mrs. Travis Deak | 1 | 1 | |
| 136 | Mr. & Mrs. Ketan Patel | 2 | 2 | |
| 137 | The Future Mr. and Ms. Justin Stricker | 2 | 2 | |
| 138 | Mr. & Mrs. John Tolomer | 2 | 0 | |
| 139 | Ms. Cristina Figueroa & Guest | 2 | | 2 |
| 140 | Mr. and Mrs. Aneil Brijall | 2 | | |
| 141 | Mr. and Mrs. Santino Pietrosanti | 2 | | |
| 142 | Ms. Amie Kugler | 1 | 2 | |
| 143 | The Future Mr. and Ms. Zachary Radler | 2 | 1 | |
| 144 | Dr. and Mrs. Avin Greenberg | 2 | 2 | |
| 145 | Mr. & Mrs. Anthony Buccafusca | 2 | 0 | 2 |
| 146 | Mr. & Mrs. Roberto Campos | 2 | | |
| 146 | Mr. & Mrs. Anthony Buccafusca | 2 | | |
| 147 | Mr. & Mrs. Trey Gargano | 2 | | |
| 148 | Mr. & Mrs. Bruce Radler | 2 | | |
| 149 | Mr. Spencer Tichner | 1 | | |
| 150 | Mr. & Mrs. Michael Fox | 2 | | |
| 151 | Mr. & Mrs. Elliot Maltz | 2 | | |
| | | **267** | **133** | **13** |

Roberto Campos
2 Elliot Maltz

◀ **Search**

< **You and Michael Fox**



# You and Michael Fox

20 mutual friends including Nanci Silverman Aaron and Tina Maltz

Your friend since September 2017

## Posts

**Ilene Diamond    Michael Fox**

# Happy Birthday Michael ..... enjoy your Special Day!!!! Ilene&Rob

THE FAVOR OF A REPLY IS REQUESTED

*by the twentieth of September*

So sorry we are
unable to attend.
mazel tov to everyone!
XXXooo Love to all~
Linda & Michael



*Mr. and Mrs. Robert Diamond*

300 EAST 56TH STREET
APARTMENT 7J
NEW YORK, NEW YORK 10022