The Kantrow Law Group, PLLC
Attorneys for the Trustee
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
516 703 3672
fkantrow@thekantrowlawgroup.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | RETURN DATE:  **2/13/23** |
| EASTERN DISTRICT OF NEW YORK | TIME:  **9:30 a.m.** |

------------------------------------------------------------X

In re:

    ROBERT DIAMOND,                                                     Chapter 7

    a/k/a ROB DIAMOND,                                 Case No.: 20-71878-reg

                                      Debtor.

------------------------------------------------------------X

**NOTICE OF TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER
AUTHORIZING THE TRUSTEE TO ENTER INTO
PROPOSED SETTLEMENT PURSUANT TO RULE 9019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

       **PLEASE TAKE NOTICE** that Allan B. Mendelsohn, trustee (the "Trustee") of the Estate of the debtors (the "Debtors"), shall move before the Hon. Robert E. Grossman, United States Bankruptcy Judge on **February 13, 2023 at 9:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto, authorizing the Trustee to enter into a proposed stipulation (the "Stipualtion") with Marc A. Pergament as Trustee of the Estate of Diamond Finance Co., Inc. ("DFC") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in Courtroom 860, pursuant to the Court's COVID-19 National Emergency Procedures as set forth on the Court's website.

       **PLEASE TAKE FURTHER NOTICE** all attorneys and unrepresented parties are required to register for the hearing(s) at least two (2) business days in advance of the scheduled hearing by using the Court's eCourt Appearances platform: https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with any Administrative Order of the Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with any Administrative Order of the Court and upon: (i) The Kantrow Law Group, PLLC, 6901 Jericho Turnpike, Suite 230, Syosset, New York 11791, Attn: Fred S. Kantrow, Esq.; and (ii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; so as to be received by no later than **4:00 p.m. (prevailing Eastern time) on February 6, 2023.**

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated:  Syosset, New York
        January 4, 2023

                                      The Kantrow Law Group, PLLC
                                      *Attorneys for the Trustee*

BY:    <u>S/Fred S. Kantrow</u>
        Fred S. Kantrow, Esq.
        6901 Jericho Turnpike, Suite 230
        Syosset, New York 11791
        516 703 3672
        Fkantrow@thekantrowlawgroup.com