| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert Diamond | Social Security number or ITIN   xxx−xx−9624 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 8−20−71878−reg | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: February 6, 2025

**BLfnld7** [Final Decree 7 rev 12/01/15]