# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 2/6/2025 |
| Case: 8−20−71878−reg | Form ID: 205 | Total: 6 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Allan B. Mendelsohn | amendelsohn@amendelsohnlaw.com |
| aty | Fred S Kantrow | fkantrow@thekantrowlawgroup.com |
| aty | Michael S. Fox | mfox@olshanlaw.com |
| aty | Wayne M Greenwald | wayne@jacobspc.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Robert Diamond | Pine Hollow | 6601 Rte 25A | East Norwich, NY 11732 | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza | Central Islip, NY 11722−4437 |

TOTAL: 2